**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORBERTO VEGA,<br><br>      Plaintiff,<br><br>      v.<br><br>TOMS RIVER BURGERS, LLC,<br><br>      Defendant. | No. 24cv8888 (EP) (AME)<br><br>**ORDER** |

Following Defendant's failure to plead or otherwise defend this action, Plaintiff was ordered to request a clerk's entry of default within 30 days of the Court's Order on November 5, 2024. D.E. 4. Plaintiff failed to do so and was again ordered to request a clerk's entry of default within 7 days of the Court's Order on December 6, 2024. D.E. 5. Plaintiff having failed to do so,

**IT IS**, on this 16th day of December 2024,

**ORDERED** that this action is hereby **DISMISSED** *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall mark this case **CLOSED.**

                                                                    Evelyn Padin, U.S.D.J.